THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Leo Corderrel Gadsden, Appellant.
 
 
 

Appeal From Charleston County
 J. Derham Cole, Circuit Court Judge
Unpublished Opinion No.   2010-UP-137
Submitted January 4, 2010  Filed February
 22, 2010 
APPEAL DISMISSED

 
 
 
 Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka,
 Office of the Attorney General, all of Columbia; Solicitor Scarlett Anne
 Wilson, of Charleston,  for Respondent.
 
 
 

PER CURIAM: 
 Leo Corderrel Gadsden appeals his sentences for murder, first-degree burglary,
 assault and battery with intent to kill, and kidnapping.  On appeal, Gadsden
 contends the trial court erred in failing to exclude the victims' in-court
 identifications of Gadsden as one of the perpetrators, arguing their
 identifications were tainted by biased media coverage.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Gadsden's
 appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.